UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*In re:*
DANIELS, JAMES W. JT
DANIELS, CYNTHIA J.
    **Debtors**    /

Case No. 6:14-bk-6736

Chapter 13

### Chapter 13 Plan

COMES NOW the Debtors by and through the undersigned attorney and file this Chapter 13 Plan, as follows:

The projected disposable income of the debtor is submitted to the supervision and control of the Chapter 13 Trustee, and the debtor shall pay the following sums to the Chapter 13 Standing Trustee.

| Payment Number | Amount | Due Dates |
|---|---|---|
| 1 – 60 | $2,480.00 | Payment date will be 30 days from date of filing |
| | | |

The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN 38101-1103, with the Debtor(s)' name and case number **(6-14-bk- 6736    )** clearly indicated thereon. Payments will begin on the date set forth in the Order Establishing Deadline for Making Payments, and payments will continue in the above amount for the duration of the Chapter 13 Plan.

### OTHER PROVISIONS REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s)' general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the chapter 13 Standing Trustee's payment address as stated above. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee.

The Debtor(s) are required to provide the Chapter 13 Standing Trustee with copies of their income tax returns each year and for the duration of this case. The Debtor(s) shall mail a **copy** (do not mail original returns) of their income tax returns each year by April 30th to the Debtor(s)' attorney and to the Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450 *(tax returns only – no payments to this address)*

The debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proof of payment of all post-petition taxes is required.

If the Debtor(s)' income increases during the duration of this case, the Debtor(s) must commit the debtor(s) excess income to the Plan for the benefit of the Debtor(s) creditors.

CHAPTER 13 PLAN 1 - 5

### PAYMENTS & DISBURSEMENTS ARE MADE AS LISTED ON EXHIBIT A

**PRIORITY:** The Trustee percentage fee (10%) as set by the United States Trustee, and

**ATTORNEY FEES:**

| Attorney Name | Claim Amount | Payment Amt/No |
|---|---|---|
| Stephen Berlinsky | $3,781.00 Atty Fees<br>$2,700.00 Maint. Fees<br>$1,800.00 Mod Fees | See Exhibit A |

**OTHER PRIORITY CLAIMS:**

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
| * | Mediator | $350.00 | See Exhibit A |

**SECURED CLAIMS:** On-going Payments continue beyond the term of the Plan, pursuant to the applicable Note and Mortgage. Payments on the attached spreadsheet include principal, interest, taxes, and insurance.

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
| * | Bank of America 1st Mtg<br>*Pmt includes mortgage arrears, re-capitalized at a fixed rate; The pmt reflects 31% of the debtor income and includes escrow. The Debtor wishes to enter into a mortgage modification with Lender to include the arrears in the modified agreement. Debtor's attorney filed a Motion for Mortgage Mediation* | $250,000.00 | See Exhibit A |
| * | Freedom Road Financial<br>2007 Suzuki ATV | $1,500.00 @5.25% | See Exhibit A |
| * | Lendmark<br>2007 Suzuki ATV | $2,000.00 @5.25% | See Exhibit A |
| * | Regional Acceptance Corp<br>2008 Hummer | $15,000.00 @5.25% | See Exhibit A |

*Denotes this is a secured creditor that has not yet filed a proof of claim as of the date of this plan.*

**SECURED ARREARAGES:**

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
|  |  | $ | See Exhibit A |

**SECURED GAP:** One additional post-Petition mortgage payment that covers one payment due after the Plan has completed.

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
|  |  |  | See Exhibit A |

**CHAPTER 13 PLAN 2 - 5**

## COLLATERAL TO BE SURRENDERED:

| Name of Creditor | Property Description |
|---|---|
| | |

## VALUATION OF CLAIM:

| Claim # | Creditor Name | Claim Amt | Value | Amt of Unsecured |
|---|---|---|---|---|
| | | | | |

## SECURED –LIENS TO BE AVOIDED: NONE

| Claim # | Creditor Name | Claim Amt | Value | Amt of Unsecured |
|---|---|---|---|---|
| | | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**     **Description of Collateral:**     **Month Numbers:**

**The following Executory Contracts are rejected:**
**Name of Creditor:**     **Description of Collateral:**

**UNSECURED CREDITORS:** Unsecured creditors whose claims have been timely filed and allowed shall receive a pro-rata distribution after payment of the above-stated claims as proposed above    Approximate Percentage: **100** %

### OTHER PROVISIONS:

1.     Property of the Estate reinvests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

2.     Property of the estate includes all of the property specified in 11 U.S.C. Section 541 and all property of the kind specified in such section acquired by the debtor(s) after commencement of the case but before the case is closed, dismissed or likewise converted to one under another chapter of the Code. All property of the debtor remains vested in the estate until completion of the plan.

3.     Secured Creditors shall retain their liens until their allowed claims are paid in full. Upon payment of the secured creditor's claim in full, the creditor shall record a satisfaction of lien and provide clear title to the debtor(s).

4.     The effective date of the plan shall be the date the Chapter 13 Plan is confirmed.

5.     Any Claims filed after the claims deadline shall not receive distribution under this plan, unless specifically provided for above.

6.     All payments paid timely to the Chapter 13 Trustee shall be deemed to be a timely payment to each creditor.

**CHAPTER 13 PLAN 3 - 5**

7.   The Court shall retain jurisdiction to determine all post-petition costs and attorney's fees associated with the claims filed in this case.

8.   In the event that the instant case is converted to a Chapter 7, or if the case is dismissed, then any refunds that are due to the Debtors shall be issued to Debtor(s)' counsel to reduce any outstanding attorney's fees.

9.   Confirmation of the plan shall impose a duty on Real Property Creditors and/or servicers of such Creditors, with respect to application of mortgage and mortgage-related payments, to comply with the provisions of 11 U.S.C. §524(i), Local Rule 4001-1(e) and all Administrative Order(s) of the Bankruptcy Court relating to Arrearages, Administrative Arrearages, Mortgage Payments, and Conduit Mortgage Payments. The terms and conditions of the respective Administrative Orders are specifically incorporated herein by this reference as if completely set-forth with respect to the acceptance and application of all funds pursuant to the Conduit Mortgage Payment Rule. As a result, all Real Property Creditors and/or servicers for such Creditors shall have an affirmative duty to do the following upon confirmation of the Plan:

(a) Apply the payments received from the trustee designated on the pre-petition arrearages, if any and only to such arrearages, as specifically provided for in this Plan; and

(b) To apply all post-petition payments received from the Chapter 13 Trustee and designed as Conduit Mortgage Payments only to the month designated for payment by the Chapter 13 Trustee;

(c) To apply all post-petition payments received directly from the Debtor in a non-conduit mortgage plan only to post-petition payments unless otherwise ordered by the Court;

(d) Deem the pre-petition arrearages as contractually cured upon confirmation of the plan and discharge of the Debtors, thereby precluding the imposition of late payment charges or other default-related fees and services during the life of the Plan and based solely on the pre-petition default or defaults;

(e) Refrain from ever assessing, charging, imposing, advancing or billing any type of fees or charges (such as legal fees, broker price opinion fees, property inspection fees, property preservation fees, etc.) to the mortgage loan of the Debtors, either post-Petition and pre-Confirmation, either post-confirmation and pre-Discharge, or post-Discharge, unless such fees or charges have been approved by the Bankruptcy Court and upon the filing of a property application for approval of such fees and charges under Rule 2016(a) of the Rules of Bankruptcy Procedure and after adequate notice and hearing;

(f) To the extent that any post-confirmation fees or charges are allowed pursuant to the said Administrative Order and are added to the Plan, to apply only payments received from the Chapter 13 Trustee and designated in payment of such fees and charges to such fees and charges;

(g) To the extent that any post-confirmation fees or charges are allowed pursuant to the said Administrative Order and are NOT added to the Plan, to apply only payments received directly from the Debtor and designated in payment of such fees and charges to such fees and charges.

10.   Property surrendered under this Plan shall be in full satisfaction of the claim. Unless otherwise ordered, any creditor holding a claim secured by property and which is removed from the protection of the automatic stay, whether by judicial action, voluntary surrender, or through operations of the Plan, will receive no further distribution from the Trustee, unless an itemized Proof of Claim for any deficiency is filed with the Court and within one hundred twenty (120) days after removal of property from the

protection of the automatic stay. For purposes hereof, the removal date shall be the date of the entry of the Order Confirming the Chapter 13 Plan, modifying the Plan, or granting relief from stay. This also applies to creditors who may claim an interest in, or lien upon, property which is removed from the protection of the automatic stay of another lien holder or release to another lien holder.

11. Acceptance by creditors of payments under this plan and/or failure of any creditor to file an objection to confirmation of the plan herein, constitutes a waiver of any right(s) of said creditor(s) to seek enforcement of any arbitration agreement and constitutes consent to the removal of any arbitration clause from any type of contract or contracts with the debtor(s) herein except as prohibited by 1322(b)(2) regarding the principal residence of the Debtor(s).

/s/ _____ //
JAMES W. DANIELS
Debtor Signature

/s/ _____ //
CYNTHIA J. DANIELS
Joint Debtor Signature

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided on this __11__ day of __Jan__, 2014 to the Chapter 13 Trustee via electronic transmission and all creditors listed in the attached matrix by U.S. Mail.

/s/ *STEPHEN J. BERLINSKY*
THE BERLINSKY LAW FIRM, PA
STEPHEN J. BERLINSKY
Florida Bar No. 117421
21 South 2nd Street
Haines City, FL 33844
Telephone: (863) 409-7961
Facsimile: (863) 409-7869
Attorneys for Debtor

| DANIELS | | Claim Amt DUE DATE 5/30/2014 Unsecured | Total Due | | | Debtor Pmt | 10.0% Tee Fee | | | $5,581.00 Atty Fees | | | $2,700.00 Atty Maintenance | | | $93,037.20 Bank of AM 1st Mtg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | 60 | | | | | | | | | | | |
| 5/30/2014 | 1 | $0.00 | | | | $2,480.00 | $248.00 | | | $363.88 | | | $0.00 | | | $1,550.62 |
| 6/30/2014 | 2 | $0.00 | $4,960.00 | | | $2,480.00 | $248.00 | | | $363.88 | | | $0.00 | | | $1,550.62 |
| 7/30/2014 | 3 | $0.00 | $7,440.00 | | | $2,480.00 | $248.00 | | | $363.88 | | | $0.00 | | | $1,550.62 |
| 8/30/2014 | 4 | $0.00 | $9,920.00 | | | $2,480.00 | $248.00 | 4 | at | $363.88 | | | $0.00 | | | $1,550.62 |
| 9/30/2014 | 5 | $0.00 | $12,400.00 | | | $2,480.00 | $248.00 | | | $451.38 | | | $0.00 | | | $1,550.62 |
| 10/30/2014 | 6 | $0.00 | $14,880.00 | | | $2,480.00 | $248.00 | 2 | at | $451.38 | | | $0.00 | | | $1,550.62 |
| 11/30/2014 | 7 | $0.00 | $17,360.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 12/30/2014 | 8 | $0.00 | $19,840.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 1/30/2015 | 9 | $0.00 | $22,320.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 3/2/2015 | 10 | $0.00 | $24,800.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 4/2/2015 | 11 | $0.00 | $27,280.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 5/2/2015 | 12 | $0.00 | $29,760.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 6/2/2015 | 13 | $0.00 | $32,240.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 7/2/2015 | 14 | $0.00 | $34,720.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 8/2/2015 | 15 | $0.00 | $37,200.00 | | | $2,480.00 | $248.00 | | | $316.67 | | | $0.00 | | | $1,550.62 |
| 9/2/2015 | 16 | $0.00 | $39,680.00 | | | $2,480.00 | $248.00 | 10 | at | $316.67 | 16 | at | $0.00 | | | $1,550.62 |
| 10/2/2015 | 17 | $0.00 | $42,160.00 | | | $2,480.00 | $248.00 | 1 | at | $56.02 | 1 | at | $260.65 | | | $1,550.62 |
| 11/2/2015 | 18 | $0.00 | $44,640.00 | | | $2,480.00 | $248.00 | | | $0.00 | 1 | at | $316.67 | | | $1,550.62 |
| 12/2/2015 | 19 | $243.99 | $47,120.00 | | | $2,480.00 | $248.00 | | | $0.00 | 1 | at | $72.68 | | | $1,550.62 |
| 1/2/2016 | 20 | $266.67 | $49,600.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 2/2/2016 | 21 | $266.67 | $52,080.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 3/2/2016 | 22 | $266.67 | $54,560.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 4/2/2016 | 23 | $266.67 | $57,040.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 5/2/2016 | 24 | $266.67 | $59,520.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 6/2/2016 | 25 | $266.67 | $62,000.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 7/2/2016 | 26 | $266.67 | $64,480.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 8/2/2016 | 27 | $266.67 | $66,960.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 9/2/2016 | 28 | $266.67 | $69,440.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 10/2/2016 | 29 | $266.67 | $71,920.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 11/2/2016 | 30 | $266.67 | $74,400.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 12/2/2016 | 31 | $266.67 | $76,880.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 1/2/2017 | 32 | $266.67 | $79,360.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 2/2/2017 | 33 | $266.67 | $81,840.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 3/2/2017 | 34 | $266.67 | $84,320.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 4/2/2017 | 35 | $266.67 | $86,800.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 5/2/2017 | 36 | $266.67 | $89,280.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 6/2/2017 | 37 | $266.67 | $91,760.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 7/2/2017 | 38 | $266.67 | $94,240.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 8/2/2017 | 39 | $266.67 | $96,720.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 9/2/2017 | 40 | $266.67 | $99,200.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 10/2/2017 | 41 | $266.67 | $101,680.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 11/2/2017 | 42 | $266.67 | $104,160.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 12/2/2017 | 43 | $266.67 | $106,640.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 1/2/2018 | 44 | $266.67 | $109,120.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 2/2/2018 | 45 | $266.67 | $111,600.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 3/2/2018 | 46 | $266.67 | $114,080.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 4/2/2018 | 47 | $266.67 | $116,560.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 5/2/2018 | 48 | $266.67 | $119,040.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 6/2/2018 | 49 | $266.67 | $121,520.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 7/2/2018 | 50 | $266.67 | $124,000.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 8/2/2018 | 51 | $266.67 | $126,480.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 9/2/2018 | 52 | $266.67 | $128,960.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 10/2/2018 | 53 | $266.67 | $131,440.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 11/2/2018 | 54 | $266.67 | $133,920.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 12/2/2018 | 55 | $266.67 | $136,400.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 1/2/2019 | 56 | $266.67 | $138,880.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 2/2/2019 | 57 | $266.67 | $141,360.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 3/2/2019 | 58 | $266.67 | $143,840.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 4/2/2019 | 59 | $266.67 | $146,320.00 | | | $2,480.00 | $248.00 | | | $0.00 | | | $50.00 | | | $1,550.62 |
| 5/2/2019 | 60 | $266.61 | $148,800.00 | 60 | at | $2,480.00 | $248.00 | | | $0.00 | 41 | at | $50.00 | 60 | at | $1,550.62 |
| | | | | | | | | | | | | | | | | |
| | | $11,177.40 | | | | $148,800.00 | $14,880.00 | | | $5,581.00 | | | $2,700.00 | | | $93,037.20 |
| | | $11,211.05 | | | | | | | | ATTY | | | | | | |
| | | 100% | | | | | | | | | | | | | | |
| | | | | | | | | | | 0.00 | | | 0.00 | | | 0.00 |

| Date | # | | | | Bank of AM Arrs/Gap $0.00 | | | Regional 2008 Hummer $17,087.40 | | | Freedom Rd 2007 Suzuki $1,708.80 | | | Lendmark 2007 Suzuki $2,278.20 | | | Mediator $350.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANIELS | 60 | | | | | | | | | | | | | | | | |
| 5/30/2014 | 1 | 1 | at | M4 LM | | | | $200.00 | | | $15.00 | | | $15.00 | | | $87.50 |
| 6/30/2014 | 2 | | | | $0.00 | | | $200.00 | | | $15.00 | | | $15.00 | | | $87.50 |
| 7/30/2014 | 3 | | | | $0.00 | | | $200.00 | | | $15.00 | | | $15.00 | | | $87.50 |
| 8/30/2014 | 4 | | | | $0.00 | | | $200.00 | | | $15.00 | | | $15.00 | 4 | at | $87.50 |
| 9/30/2014 | 5 | | | | $0.00 | | | $200.00 | | | $15.00 | | | $15.00 | | | $0.00 |
| 10/30/2014 | 6 | | | | $0.00 | 6 | at | $200.00 | 6 | at | $15.00 | 6 | at | $15.00 | | | $0.00 |
| 11/30/2014 | 7 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 12/30/2014 | 8 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 1/30/2015 | 9 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 3/2/2015 | 10 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 4/2/2015 | 11 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 5/2/2015 | 12 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 6/2/2015 | 13 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 7/2/2015 | 14 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 8/2/2015 | 15 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 9/2/2015 | 16 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 10/2/2015 | 17 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 11/2/2015 | 18 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 12/2/2015 | 19 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 1/2/2016 | 20 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 2/2/2016 | 21 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 3/2/2016 | 22 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 4/2/2016 | 23 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 5/2/2016 | 24 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 6/2/2016 | 25 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 7/2/2016 | 26 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 8/2/2016 | 27 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 9/2/2016 | 28 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 10/2/2016 | 29 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 11/2/2016 | 30 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 12/2/2016 | 31 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 1/2/2017 | 32 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 2/2/2017 | 33 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 3/2/2017 | 34 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 4/2/2017 | 35 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 5/2/2017 | 36 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 6/2/2017 | 37 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 7/2/2017 | 38 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 8/2/2017 | 39 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 9/2/2017 | 40 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 10/2/2017 | 41 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 11/2/2017 | 42 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 12/2/2017 | 43 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 1/2/2018 | 44 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 2/2/2018 | 45 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 3/2/2018 | 46 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 4/2/2018 | 47 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 5/2/2018 | 48 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 6/2/2018 | 49 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 7/2/2018 | 50 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 8/2/2018 | 51 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 9/2/2018 | 52 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 10/2/2018 | 53 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 11/2/2018 | 54 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 12/2/2018 | 55 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 1/2/2019 | 56 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 2/2/2019 | 57 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 3/2/2019 | 58 | | | | $0.00 | | | $294.21 | | | $29.98 | | | $40.52 | | | $0.00 |
| 4/2/2019 | 59 | | | | $0.00 | 53 | at | $294.21 | 53 | at | $29.98 | 53 | at | $40.52 | | | $0.00 |
| 5/2/2019 | 60 | | | | $0.00 | 1 | at | $294.27 | 1 | at | $29.86 | 1 | at | $40.64 | | | $0.00 |
| | | | | | | | | $17,087.40 | | | $1,708.80 | | | $2,278.20 | | | $350.00 |
| | | | | #VALUE! | | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-06736-ABB<br>Middle District of Florida<br>Orlando<br>Wed Jun 11 12:12:07 EDT 2014 | Cynthia Jean Daniels<br>5630 Mt. Olive Rd.<br>Polk City, FL 33868-9280 | James William Daniels II<br>5630 Mt. Olive Rd<br>Polk City, FL 33868-9280 |
| Bank of America, NA (exec)<br>100 N Tryon St.<br>Charlotte, NC 28202-4000 | Bealls<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 | Community Wide FCU<br>1555 Western Avenue<br>South Bend, IN 46619-3742 |
| Culligan Water Conditioning<br>2703 Airport Rd<br>Plant City, FL 33563-1129 | Equifax Information Services<br>LLC<br>P. O. Box 740256<br>Atlanta, GA 30374-0256 | Esperian<br>P.O. Box 2002<br>Allen, TX 75013-2002 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Freedom Road Financial<br>PO Box 18218<br>Reno, NV 89511-0218 | Gecrb/jcp<br>Po Box 960090<br>Orlando, FL 32896-0090 |
| Greenspoon Marder PA<br>100 W Cypress Creek Rd<br>Suite 700<br>Fort Lauderdale, FL 33309-2195 | Grow Financial FCU<br>P. Box 89818<br>Tampa, FL 33689-0413 | HSBC Card Services/Sears<br>Po Box 49352<br>San Jose, CA 95161-9352 |
| I C Systems<br>444 Highway 96 East<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joe G Tedder<br>Delinquency and Enforcement<br>Post Office Box 2016<br>Bartow FL 33831-2016 |
| Lakeland Regional Medical<br>1329 Lakeland Hills Blvd<br>Lakeland, FL 33805 | Lendmark<br>P O Box 1052<br>Brandon, FL 33509-1052 | NCO Financial<br>Po Box 17205<br>Wilmington, DE 19850-7205 |
| NCO Financial Systems<br>PO BOX 15618<br>Wilmington, DE 19850-5618 | Regional Acceptance Corp<br>P.O.Box 580075<br>Charlotte, NC 28258-0075 | Sears<br>PO BOX 183061<br>Columbus, OH 43218-3061 |
| Springleaf Financial Service<br>613 U.S. Highway 17/92 W<br>Haines City, FL 33844 | TRS Recovery Services<br>5251 Westheimer<br>Houston, TX 77056-5416 | Tedder<br>Delinquency and Enforcement<br>Post Office Box 2016<br>Bartow FL 33831-2016 |
| TransUnion<br>P. O. Box 2000<br>Crum Lynne, PA 19022 | United Recovery Systems<br>PO Box 722929<br>Houston, TX 77272-2929 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |

| | | |
|---|---|---|
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Stephen J Berlinsky +<br>The Berlinsky Law Firm, PA<br>21 South 2nd Street<br>Haines City, FL 33844-5107 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Zales Credit Plan
Po Box 183015
Columbus, OH 43218-3015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Arthur B. Briskman<br>Orlando | End of Label Matrix<br>Mailable recipients     33<br>Bypassed recipients      1<br>Total                   34 |